**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND–ODESSA DIVISION**

| | |
|---|---|
| RODRIGO ADAME,<br><br>Plaintiff,<br><br>vs.<br><br>TUNGSTEN CONSTRUCTION LLC,<br><br>Defendant. | Civil Case No.: 7:26-cv-00193-DC-RCG<br><br>**SUMMONS RETURNED EXECUTED** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Rodrigo Adame has served upon Defendant Tungsten Construction LLC, copies of the following documents:

1. Issued Summons;
2. Complaint;
3. Civil Cover Sheet;
4. Exhibit A - Notice of Right to Sue
5. NOA
6. Notice of Case Assignment

Attached hereto is a copy of the Proof of Service.

Dated: July 15, 2026

**LAW OFFICE OF NAYEEM N. MOHAMMED**

*/s/ Nayeem N. Mohammed*
Nayeem N. Mohammed
539 W. Commerce St. Ste 1899
Dallas, TX 75208
T: 972-767-9099
E: nayeem@nnmpc.com

**SAGE LEGAL LLC**

Emanuel Kataev, Esq.
*Pro Hac Vice Motion Forthcoming*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Rodrigo Adame*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

RODRIGO ADAME,

*Plaintiff(s)*

v.

TUNGSTEN CONSTRUCTION LLC,

*Defendant(s)*

Civil Action No. 7:26-cv-00193

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TUNGSTEN CONSTRUCTION LLC
2347 N. Barrell CT
Odessa, TX 79763.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
E: emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 05/14/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:26-cv-00193

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421<br>*Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | | | *For Court Use Only* |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Western District Of Texas | | | | |
| *Plaintiff(s):* Rodrigo Adame<br>*Defendant:* Tungsten Construction LLC | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV00193DCRCG |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Appearance; Notice of Case Assignment

3. a. *Party served:* Tungsten Construction LLC
   b. *Person served:* Marcelino Gonzalez, Agent for Service

4. *Address where the party was served:* 3131 Kermit Highway
   Odessa, TX 79764

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 30, 2026 (2) at: 9:20AM

7. ***Person Who Served Papers:*** *Fee for Service:*
   a. Johnie Eads
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of TEXAS and under the laws ofthe United States Of America that the foregoing is true and correct.***

Johnie Eads PSC440 Ex7073128

(Johnie Eads)