# EXHIBIT A



Official Obituary of

## Rodrigo Adame

March 13, 1962 - January 22, 2026

3 New Pos

3 Trees or Condolences have been sent in support of Rodrigo's family – View on Tribute Wall

Share Obituary

Obituary & Events | Tribute Wall

## Rodrigo Adame Obituary

Rodrigo Adame, un ser querido cuya risa y canto llenaron de alegría la vida de muchos, falleció pacíficamente el 22 de enero de 2026 en Lubbock, Texas. Nacido el 13 de marzo de 1962 en México, la vida de Rodrigo estuvo marcada por la devoción, la alegría y un compromiso inquebrantable con sus seres queridos.

La vida de Rodrigo fue un testimonio del poder del amor y la familia. Fue un esposo amado para su esposa de 30 años, Norma Adame, a quien cuidó con la ternura y la dedicación de un verdadero compañero. Su papel como padre fue incomparable, ya que crió a sus hijos Aimee (Oscar) Derobles, Iridian Adame, Melissa Adame, Alex (Jazmin) Adame, Rodrigo Jr. (Nakita) Adame y Daniel (Alana) Orona con afecto y sabiduría infinitos. Su sobrino Javier Lujan ocupaba un lugar especial en su corazón, como si fuera un hijo.

Los hermanos de Rodrigo, Olaya (Hector) Payen, Belinda (Lino) Orona, Gracia Mirna (Salvador) Adame, Rigoberto (Sandra) Adame, Jaime (Estefania) Adame, Leonel Adame y Ruben (Marina) Adame, lo recordarán como un hermano cariñoso que les brindó alegría y risas. Aunque le precedieron en la muerte sus padres, Ruben Adame y Alicia Galindo Adame, su hermana Odilia Carrasco, su nieto Zayden Hearon y su cuñado Jaime Martinez, el legado de amor de Rodrigo perdura en todos los que lo conocieron.

La vida profesional de Rodrigo como soldador en el oeste de Texas abarcó más de 18 años, una carrera que amaba y de la que se sentía muy orgulloso. Su ética de trabajo e integridad eran evidentes para todos los que trabajaron a su lado. Sus colegas y amigos extrañarán su espíritu jovial y la camaradería que aportaba a cada proyecto.

Más allá de su trabajo, Rodrigo era un hombre de muchas pasiones. Su amor por el canto era contagioso y nunca perdía la oportunidad de compartir su voz con los demás. Su sentido del humor era un don que compartía generosamente, asegurando que nunca faltaran las risas. La presencia de Rodrigo transmitía consuelo y alegría; su carácter afable lo convertía en amigo de todos.

El estilo único de Rodrigo, a menudo visto con sus pantalones deportivos favoritos con una pierna remangada, que a veces usaba como si fueran pantalones largos, y pantuflas, era una peculiaridad encantadora conocida por sus seres queridos. Reflejaba su actitud relajada y amigable ante la vida.

Los portadores del féretro, Alex Adame, Rodrigo Jr. Adame, Oscar Derobles, Javier Lujan, Daniel Orona, Jaime Adame, Rigoberto Adame y Hector Payen, se sienten honrados de acompañar a Rodrigo en su último viaje, tal como él los acompañó a ellos a través de los altibajos de la vida con su fuerza y amor.

Rodrigo Adame será recordado como un hombre cariñoso, amable y amigable, cuya presencia fue una bendición para su familia y amigos. Su legado de amor, alegría y música seguirá resonando en los corazones de quienes lo conocieron. Aunque ya no está entre nosotros, los

Share a memory | Plant a Tree

EXHIBIT "A"