**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND–ODESSA DIVISION**

| | | |
|---|---|---|
| **RODRIGO ADAME.** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:26-CV-00193** |
| | § | |
| **TUNGSTEN CONSTRUCTION LLC.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| ***Defendants.*** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**ORDER**

**AND NOW**, this ________ day of ______________________2026, upon consideration of Defendant, TUNGSTEN CONSTRUCTION, LLC. ("TUNGSTEN") Motion to Dismiss deceased Plaintiff, Rodrigo Adame's Original Complaint pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, and any response thereto, it is hereby **ORDERED** that Defendant, TUNGSTEN's Motion is **GRANTED**.

_____ It is further **ORDERED** that Plaintiff's Complaint against Defendant Tungsten Construction LLC is hereby **DISMISSED WITH PREJUDICE** to refiling for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P 12(b)(1).

_____ It is further **ORDERED** that Plaintiff's Complaint against Defendant Tungsten Construction LLC is hereby **DISMISSED WITH PREJUDICE** to refiling for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P 12(b)(6).

SO ORDERED.

Signed on _____________________, 2026

________________________________
United States District Judge