**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND–ODESSA DIVISION**

| | | |
|---|---|---|
| **RODRIGO ADAME,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:26-CV-00193** |
| | § | |
| **TUNGSTEN CONSTRUCTION LLC.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| ***Defendants.*** | § | |
| | § | |

# NOTICE OF APPEARANCE

Defendant Tungsten Construction, LLC hereby gives notice to the Court and all opposing parties that Robin Foret is entering her appearance in this matter as additional counsel for Defendant. Mrs. Foret is admitted to practice in the Western District of Texas, and her contact information is as follows:

Robin Foret
Gordon Rees Scully Mansukhani, LLP
1900 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938
Email: rforet@grsm.com

Respectfully submitted,
**GORDON REES SCULLY MANSUKHANI, LLP**

By: *<u>/s/ Robin Foret</u>*
Laura E. De Santos
TBN: 00793612
ldesantos@grsm.com
Robin Foret
TBN: 07256580
rforet@grsm.com
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, a true and correct copy of the foregoing Motion to Dismiss Plaintiff's Complaint was electronically filed with the foregoing with the Clerk of Court using the CM/ECF system.

Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
emanuel@sagelegal.nyc

and

Nayeem N. Mohammed, Esq.
539 W. Commerce St. #1899
Dallas, Texas 75208
nayeem@nnmpc.com

**ATTORNEYS FOR PLAINTIFF**

*/s Robin Foret*____________
Robin Foret