**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **RODRIGO ADAME,**<br>***Plaintiff,***<br><br>**v.**<br><br>**TUNGSTEN CONSTRUCTION LLC,**<br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **MO:26-CV-00193-DC-RCG** |

**ORDER SETTING HEARING ON DEFENDANT'S MOTION TO DISMISS**

BEFORE THE COURT is Defendant Tungsten Construction LLC's Motion to Dismiss. (Doc. 7). This case is before the undersigned U.S. Magistrate Judge through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to the United States Magistrate Judges.

It is hereby **ORDERED** that a hearing on Defendant's Motion will be held on **Monday, September 28, 2026, at 1:30 p.m.** via Zoom. The Court will supply the parties with the necessary Zoom meeting information via email within 24 hours of the scheduled hearing time.

It is so **ORDERED**.

SIGNED this 11th day of September, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE