**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **RODRIGO ADAME,** *Plaintiff,* | § § § | |
| **v.** | § | **MO:26-CV-00193-DC-RCG** |
| **TUNGSTEN CONSTRUCTION, LLC,** *Defendant.* | § § § § | |

**ORDER GRANTING MOTION FOR LEAVE TO RESPOND OUT OF TIME**

BEFORE THE COURT is Plaintiff Rodrigo Adame's ("Plaintiff") Motion for Leave to Respond Out of Time to Defendant Tungsten Construction, LLC's ("Defendant") Motion to Dismiss. (Doc. 13). This matter is before the undersigned United States Magistrate Judge through a standing order of referral pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. After due consideration, Plaintiff's Motion for Leave is **GRANTED**. (Doc. 13).

The Court may extend the time to act after a deadline passes if the late party failed to act timely because of excusable neglect. FED. R. CIV. P. 6(b)(1)(B). In determining whether neglect is excusable, the Court considers the relevant circumstances surrounding the omission, including the danger of prejudice to the opposing party, the length of and reason for the delay, and whether the delay was out of the movant's control. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993). On September 28, 2026, the Court held a hearing on Defendant's Motion to Dismiss (*See* Doc. 9). The Court finds the Plaintiff established excusable neglect that would warrant granting the requested relief.

Accordingly, Plaintiff's Motion for Leave to Respond Out of Time is **GRANTED**. (Doc. 13). The Response has already been docketed in this case. (Doc. 12). Defendant may file a

Reply to the Response on or before fourteen **(14) days from the date of this order**. The Court will consider any request for additional time from Defendant.

It is so **ORDERED**.

SIGNED this 29th day of September, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE